URRIZA, PLAINTIFF AND RESPONDENT, *v.* NEGRÓN, DEFENDANT
AND APPELLANT, AND THE UNKNOWN HEIRS OF MARIANO
VILLANÚA.

APPEAL from the District Court of San Juan, Section 1, in
an Action for Nullity of Contract and for Divorce and
Liquidation of Community Partnership.

MOTION to Dismiss the Appeal.

No. ——.—Decided November 13, 1914.

APPEAL—NOTICE OF APPEAL—SERVICE ON ADVERSE PARTY.—As a general rule mo-
tions of this kind require a careful inquiry into the merits of the case in
order to determine whether the party who has not been served with the notice
of appeal is really an adverse party whose rights would be affected by the
ruling on the motion, and this inquiry can be made to better advantage after
the transcript of the record has been filed and both parties have been heard
at the hearing on the appeal on its merits, therefore the motion is overruled
without prejudice to the consideration of this question at the hearing on the
appeal.

The facts are stated in the decision.
*Messrs. Alvarez Nava & Domínguez* and *Francisco de la
Torre* for the respondent.
*Messrs. José de Diego* and *Luis Méndez Vaz* for Fran-
cisca Negrón.

DECISION.

WHEREAS, The plaintiff-respondent has filed a motion for
dismissal of this appeal because the notice of appeal was
not served on the unknown heirs of Mariano Villanúa.

WHEREAS, In accordance with the jurisprudence laid down
by this court in the cases of *Succession of Igaravídez et al.
v. Succession of Gallart et al.,* 17 P. R. R., 1166; *Succession
of Igaravídez et al.* v. *Rubert Hermanos et al.,* 20 P. R. R.,
145, and *Caldelas* v. *Ramírez et al.,* 20 P. R. R., 31, as a gen-
eral rule motions of this kind require a careful inquiry into
the merits of the case in order to determine whether the party
who has not been served with the notice of appeal is really

an adverse party whose rights would be affected by the ruling on the motion, and such inquiry can be made to better advantage after the transcript of the record has been filed and both parties have been heard at the hearing on the appeal on its merits:

THEREFORE, In accordance with the jurisprudence cited, the said motion is overruled without prejudice to the consideration of this question at the hearing on the appeal.

*Motion overruled.*

Justices Wolf, del Toro, Aldrey and Hutchison concurred.

Mr. Chief Justice Hernández did not sit at the hearing on this motion.